UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Frederick Giles, et al.
                              Plaintiff,

v.                                                             Case No.: 1:24−cv−02996
                                                                Honorable Sara L. Ellis

Sabert Corporation
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendant's motion to stay its responsive pleading deadline [69]. The Court stays all proceedings in this matter pending their settlement conference. The Court enters a referral to the magistrate judge for settlement purposes. The Court strikes the status date set for 2/6/2025 and resets it to 4/22/2025 at 9:45 AM. The parties should file a revised joint status report by 4/15/2025 and include a proposed briefing schedule on Defendant's motion [65]. The Court enters and continues Defendant's motion [65] to 4/22/2025 at 9:45 AM. If the parties file a stipulation of dismissal prior to the next status date, no appearance is required. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (650) 479−3207, Access Code: 2314 361 1508. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll−free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.